# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-mj-258 |
| : | |
| CHRISTOPHER GUTIEREZ, : | |
| : | |
| Defendant. : | |

## ORDER

Based upon the representations in the Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on December 14, 2023 be continued for good cause to February 14, 2024 at 1 p.m.; and it is further

**ORDERED** that the time between December 14, 2023 and February 14, 2023 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial-resolution, additional time to exchange and review discovery, and for defense to discuss the case with Defendant.

THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE