UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER GUTIERREZ,<br>　　　　　　　　　　Defendant. | Case no. 23-mj-258 |

## ORDER

This matter having come before the Court pursuant to a Motion to Continue, and upon consideration of the entire record, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the hearing scheduled for December 14, 2023, is continued to February 15, 2024, at 1:00 PM; and it is further

ORDERED that the period of time between December 14, 2023, and February 15, 2024, shall be excluded from computing time under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1) & (h)(7). The Court finds that the parties are working in good faith towards a potential resolution, and that delay is necessary for the parties to review discovery and work towards an agreement for pretrial disposition of the case.

**SO ORDERED.**

Washington, D.C.　　　　　　　　　　　　　　　HONORABLE ZIA M. FARUQUI
December 13, 2023　　　　　　　　　　　　　　United States Magistrate Judge